THE O'MARA LAW FIRM, P.C.
DAVID C. O'MARA, ESQ. (NEVADA BAR NO. 8599)
311 East Liberty St.
Reno, Nevada 89501
775-323-1321
775-323-4082 (fax)
david@omaralaw.net

*Attorney for Plaintiffs*

*(Additional counsel on signature page)*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| LAUREN COTTRELL, *individually and on behalf of all others similarly situated,*<br><br>Plaintiffs,<br><br>v.<br><br>MOVE, INC.,<br><br>Defendant. | Case No. 2:26-cv-03050<br><br>**CERTIFICATE OF INTERESTED PARTIES** |

Pursuant to Local Rule 7.1-1 of the Local Rules of the United States District Court for the District of Nevada, the undersigned, counsel of record for Plaintiffs, certify that so far as counsel is presently aware, only the named parties in this case have a direct pecuniary interest in the outcome of this case.

/ / /

This representation is made to enable judges of the Court to evaluate possible disqualification or recusal.

DATED: September 23, 2026

THE O'MARA LAW FIRM, P.C.

/s/ David C. O'Mara, Esq.
DAVID C. O'MARA, ESQ.
311 E. Liberty St
Reno, NV 89501
775.323.1321
david@omaralaw.net

**HEDIN LLP**
FRANK S. HEDIN*
1395 Brickell Ave, Suite 610
Miami, Florida 33131
Telephone: (305) 357-2107
E-Mail: fhedin@hedinllp.com

**HEDIN LLP**
TYLER K. SOMES*
1100 15th Street NW, Ste 04-105K
Washington, D.C. 20005
Telephone: (202) 900-3332
Facsimile: (305) 200-8801
tsomes@hedinllp.com

*Counsel for Plaintiff and the Putative Class*

**Pro hac vice application forthcoming*