# UNITED STATES DISTRICT COURT

for the
DISTRICT OF NEVADA

| | | |
|---|---|---|
| **LAUREN COTTRELL, individually and on behalf of all others similarly situated,**<br>*Plaintiff*<br>v.<br>**MOVE, INC.**<br>*Defendant* | ) | Civil Action No. 2:26-cv-03050 |

## AFFIDAVIT OF SERVICE

I, Michélle du Plessis, state:

The undersigned being duly sworn, deposes and says: Michélle du Plessis is not a party to the action, is over 18 years of age and resides at 1414 Tivoli Hills dr, San Antonio, TX 78260.

I served the following documents to Move, Inc. in Travis County, TX on October 2, 2026 at 11:01 am at 211 E 7th St, Ste 620, Austin, TX 78701-3218 by leaving the following documents with Mak Hayes who as INTAKE_SPECIALIST at Corporation Service Company is authorized by appointment or by law to receive service of process for Move, Inc..

COMPLAINT
Race: White, Sex: Female, Est. Age: 25-34, Hair: Brown, Glasses: Y, Est. Weight: 140 lbs to 160 lbs, Est. Height: 5' to 5' 3".
Geolocation of Serve: https://google.com/maps?q=30.2688803517,-97.7404446387
Photograph: See Exhibit 1

Total Cost: $105.25

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in Travis County, TX on 10/2/2026.

/s/ Michlle du Plessis

Signature
Michélle du Plessis
+1 (512) 333-1722


Exhibit 1a)
CSC
ATTENTION: PROCESS SERVERS
Service of Process Hours:
(Excluding Holidays and other days our facility is closed)
Monday – Friday
9:00-3:30
IMPORTANT NOTICE: INDICATING PARTY SERVED
Each service must be underlined to CLEARLY and SPECIFICALLY identify which entity is being served.
If you are serving MULTIPLE entities in the same case, you must have SUFFICIENT COPIES to serve each entity.
If you have questions, contact our call center at 888-690-2882.
We reserve the right to reject a service of process if the defendant or defendants being served are not clearly identified on the summons, citation, or other legal document.
CSC
ATTENTION: PROCESS SERVERS
When serving documents please ask for our name. To assist with spelling please look at the list below:
Neisha Gross
Mak Hayes
Brad Mann
Jim Herriman
Christopher Bazaco