Rory T. Kay (NSBN 12416)
John A. Fortin (NSBN 15221)
McDONALD CARANO LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
Telephone: (702) 873-4100
rkay@mcdonaldcarano.com
jfortin@mcdonaldcarano.com

*Attorneys for Defendant Move, Inc.*

McDONALD CARANO
2300 WEST SAHARA AVENUE, SUITE 1200 • LAS VEGAS, NEVADA 89102
PHONE 702.873.4100 • FAX 702.873.9966

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

LAUREN COTTRELL, individually and on behalf of all others similarly situated,

Plaintiff,

v.

MOVE, INC.,

Defendant.

Case No. 2:26-cv-03050-CDS-DJA

**~~STIPULATION AND~~ ORDER TO EXTEND DEADLINE TO FILE RESPONSIVE PLEADING**

**(FIRST REQUEST)**

Under LR IA 6-1 and LR 7-1, defendant Move, Inc. ("Defendant"), and plaintiff Lauren Cottrell ("Plaintiff"), by and through their undersigned attorneys, submit the following Stipulation to Extend Time to File Responsive Pleading to the Complaint. In support of the Stipulation, the parties state the following:

1. Plaintiff filed its Complaint on September 22, 2026. *See* (ECF 1).

2. Plaintiff served Defendant with a copy of the Summonses and Complaint on October 2, 2026. *See* (ECF 3-6).

3. Defendant's current deadline to file their responsive pleading is October 23, 2026.

4. Defendant's counsel have preplanned family vacations, the Thanksgiving holiday, along with other case obligations through the month of November 2026.

5. Given the length of the Complaint and those pre-existing obligations, counsel will need additional time to evaluate the Complaint and respond to the same.

/ / /

6. As a result, the parties stipulate that the deadline for Defendant to file their responsive pleading shall be extended to December 4, 2026.

7. ~~To the extent Defendant determines a motion is appropriate as opposed to answering the complaint, the parties stipulate and agree that Plaintiff's opposition deadline shall be extended to January 18, 2027.~~

8. This is the first stipulation for an extension of Defendant's time to file a responsive pleading, and if necessary, for Plaintiff to file an opposition to any motion filed by Defendant.

9. This request for an extension of time is not intended to cause any undue delay or prejudice to any party.

McDONALD CARANO LLP

By: */s/ Rory T. Kay*
Rory T. Kay (NSBN 12416)
John A. Fortin (NSBN 15221)
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
Telephone: (702) 873-4100
rkay@mcdonaldcarano.com
jfortin@mcdonaldcarano.com

*Attorneys for Defendant Move, Inc.*

THE O'MARA LAW FIRM, P.C.

By: */s/ David C. O'Mara*
David C. O'Mara, Esq.
311 E. Liberty St
Reno, NV 89501
775.323.1321
david@omaralaw.net

HEDIN LLP
Frank S. Hedin (*pro hac vice forthcoming*)
1395 Brickell Ave, Suite 610
Miami, Florida 33131
Telephone: (305) 357-2107
fhedin@hedinllp.com

HEDIN LLP
Tyler K. Somes (*pro hac vice forthcoming*)
1100 15th Street NW, Ste 04-105K
Washington, D.C. 20005
Telephone: (202) 900-3332
Facsimile: (305) 200-8801
tsomes@hedinllp.com

IT IS THEREFORE ORDERED that the parties' stipulation (ECF No. 11) is GRANTED IN PART AND DENIED IN PART. It is granted in part regarding the parties' request for an extension of time for Defendant to file a response to Plaintiff's complaint. It is denied in part regarding the parties' request for Plaintiff to have additional time to respond to Defendant's motion *if* Defendant files a motion in response to the complaint. The parties have not provided good cause for this extended response deadline. *See* Fed. R. Civ. P. 6(b). But even if they did, the Court is not inclined to grant this relief that is contingent on Defendant filing a motion.

DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: October 26, 2026



McDONALD CARANO
2300 WEST SAHARA AVENUE, SUITE 1200 • LAS VEGAS, NEVADA 89102
PHONE 702.873.4100 • FAX 702.873.9966